Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
Attorneys for Plaintiff, DARLENE MILLS

**UNITED STATES DISTRICT COURT,**
**NORTHERN DISTRICT OF CALIFORNIA,**
**OAKLAND DIVISION**

| | |
|---|---|
| DARLENE MILLS, ) | **Case No.: 3: 09-cv-03597-BZ** |
|  ) | |
| Plaintiff, ) | **REQUEST FOR TELEPHONIC** |
|  ) | **APPEARANCE AT STATUS** |
| vs. ) | **(PRETRIAL) CONFERENCE** |
|  ) | |
| WORLD FINANCIAL NETWORK ) | |
|  ) | |
| NATIONAL BANK, ) | |
|  ) | |
| Defendant. | |

Ryan Lee, counsel for Plaintiff, DARLENE MILLS, respectfully requests the Court allow his telephonic appearance at the Status (Pretrial) Conference scheduled for November 23, 2009 at 4:00 P.M. Counsel's office is located in Los Angeles, California and appearing by telephone will avoid the significant time and resources needed to secure travel and appearance for the conference. Further, as the statues for which Plaintiff seeks relief under (FDCPA and RFDCPA) contain a "fee-shifting" provision, allowing Plaintiff to avoid the significant costs and expenses of securing travel from Los Angeles, CA to San Francisco, CA will allow the parties to continue working towards a mutual resolution of the case without a significant increase in the Plaintiff's attorneys' fees and costs and thus making informal resolution more likely.

1                                     RESPECTFULLY SUBMITTED,

2   DATED: October 27, 2009          KROHN & MOSS, LTD.

4                                 By: /s/ Ryan Lee_____

5                                   Ryan Lee
                                     Attorney for Plaintiff



Dated: October 27, 2009

Counsel shall contact **CourtCall,** telephonic court appearances at **1-888-882-6878,** and make arrangements for the telephonic conference call.

REQUEST