Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff, DARLENE MILLS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DARLENE MILLS, | **Case No.: 3:09-cv-03597-BZ** |
| Plaintiff, | |
| vs. | **PLAINTIFF'S REQUEST FOR CONTINUANCE FOR THE INITIAL CASE MANAGEMENT CONFERENCE** |
| WORLD FINANCIAL NETWORK NATIONAL BANK, | |
| Defendant. | |

COMES NOW the Plaintiff, DARLENE MILLS ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and hereby respectfully requests a continuance for the Initial Case Management Conference currently scheduled for November 23, 2009 at 4:00 p.m. Plaintiff states that she served a copy of the Complaint and Summons on an entity on October 6, 2009, and filed the proof of service on October 20, 2009 [Dkt. 5].  Plaintiff's counsel was subsequently informed that while the summons correctly identified Defendant by name, the address listed was for a separate business not related to this matter, thus proper service was not effectuated.  Plaintiff is currently in the process if serving Defendant at the correct address via Alias Summons.  Accordingly, Plaintiff respectfully requests a 45-day continuance of the Initial Case Management Conference to effectuate proper service on Defendant.

DATED: November 16, 2009    KROHN & MOSS, LTD.

By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff



DATED: November 17, 2009

Case Management Conference is continued to January 4, 2010 at 4:00 p.m.