UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE MILLS, ) | |
| ) | |
| Plaintiff(s), ) | No. C09-3597 BZ |
| ) | |
| v. ) | **ORDER TO SHOW CAUSE** |
| ) | |
| WORLD FINANCIAL NETWORK ) | |
| NATIONAL BANK, ) | |
| ) | |
| Defendant(s). ) | |

Plaintiff filed this action on August 6, 2009. To date, plaintiff has not filed a proof of service of her complaint. A Case Management Conference was scheduled for **January 4, 2010.** Plaintiff failed to appear at the Case Management Conference and had not sought to have her presence excused. Plaintiff also failed to file a Case Management Conference Statement. Plaintiff is therefore **ORDERED** to show cause in writing by **January 19, 2010** why this case should not be dismissed for lack of prosecution and for failure to serve under Federal Rules of Civil Procedure 4(m). A hearing on the Order to Show Cause is scheduled for **January 25, 2010, at 4:00 p.m.**, Courtroom G, 15th Floor, Federal Building, 450

1   Golden Gate Avenue, San Francisco, California 94102.

2   Dated: January 5, 2010

3   _____
     Bernard Zimmerman
4    United States Magistrate Judge

5

    G:\BZALL\-BZCASES\MILLS V. WORLD FINANCIAL\ORDER TO SHOW CAUSE.wpd