UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE MILLS,<br><br>            Plaintiff(s),<br><br>     v.<br><br>WORLD FINANCIAL NETWORK<br>NATIONAL BANK,<br><br>            Defendant(s). | No. C09-3597 BZ<br><br>**ORDER SCHEDULING HEARING** |

Plaintiff has moved to vacate the Order of Dismissal dated **JANUARY 27, 2010.** Plaintiff has still not explained her failure to attend the hearing scheduled for **JANUARY 26, 2010**, or her failure to serve the defendant. **IT IS ORDERED THAT** a hearing on this motion is scheduled for **MARCH 3, 2010** at **10:00 a.m.,** Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102. Plaintiff's request to appear telephonically is **DENIED.**

Dated: February 19, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MILLS V. WORLD FINANCIAL\SCHED ORD.wpd

1