Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff, DARLENE MILLS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DARLENE MILLS,          )<br>                                        )<br>           Plaintiff,             )<br>                                        )<br>     vs.                              )<br>                                        )<br> WORLD FINANCIAL NETWORK )<br>                                        )<br> NATIONAL BANK,            )<br>                                        )<br>           Defendant.           )<br>                                        ) | Case No: 3:09-cv-03597-BZ<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S RULE 60(b) MOTION FOR RELIEF FROM ORDER OF DISMISSAL AND REINSTATEMENT OF CASE** |

     Plaintiff, RYAN DENNING, respectfully requests this Honorable Court to Withdraw Plaintiff's Rule 60(B) Motion For Relief From Order Of Dismissal And Reinstatement Of Case from this Honorable Court's calendar on Wednesday March 3, 2010, at 10:00 am.

DATED: March 2, 2010                KROHN & MOSS, LTD.


                                                        By: /s/ Ryan Lee

                                                              Ryan Lee
                                                              Attorney for Plaintiff


**GRANTED**
*Bernard Zimmerman*
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: March 3, 2010

- 1 -

Notice of Withdrawal